DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES JASON RIANI,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2246

_____

September 21, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Kimberly Sharpe Byrd, Judge.

PER CURIAM.

Affirmed. *See State v. Dickey*, 928 So. 2d 1193 (Fla. 2006); *Wood v. State*, 750 So. 2d 592 (Fla. 1999); *McDonald v. State*, 133 So. 3d 530 (Fla. 2d DCA 2013); *Hughes v. State*, 22 So. 3d 132 (Fla. 2d DCA 2009); *Waiter v. State*, 965 So. 2d 861 (Fla. 2d DCA 2007);

*Shortridge v. State,* 884 So. 2d 321 (Fla. 2d DCA 2004); *Camille v. State,* 803 So. 2d 910 (Fla. 2d DCA 2002).

KELLY, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.